LYNN R. FIORENTINO (SBN 226691)
lynn.fiorentino@afslaw.com
SUSANNE BONIADI (SBN 341512)
susanne.boniadi@afslaw.com
**ARENTFOX SCHIFF LLP**
555 S. Flower St., 43rd Floor
Los Angeles, CA 90071
Telephone: 213.629.7400
Facsimile: 213.629.7401

Attorneys for Defendant
UNILEVER UNITED STATES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MONICA DAWKINS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

UNILEVER UNITED STATES, INC., a Delaware corporation,

Defendant.

Case No. 5:25-cv-02378-SVW-DTB

**<u>CLASS ACTION</u>**

**DEFENDANT UNILEVER INC.'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

*[Filed concurrently with Memorandum of Points and Authorities, Declaration of Susanne Boniadi and [Proposed] Order]*

Date: January 5, 2026
Time: 1:30 p.m.
Courtroom: 10A (10th Floor)
Judge: Stephen J. Wilson

Complaint Filed: February 12, 2025
FAC Filed: November 7, 2025

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on January 5, 2026, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 10A, located on the tenth floor of the above-entitled court before the Honorable Stephen J. Wilson, Defendant UNILEVER UNITED STATES, INC. ("Defendant") by and through its attorneys hereby moves the Court for entry of an order dismissing Defendant with prejudice from this action (the "Motion").

This Motion is made pursuant to Rule 12(b)(1), (2) and (6) of the Federal Rules of Civil Procedure, on the following grounds: (1) Plaintiff did not, and cannot, allege any injury required for standing or to invoke the private right of action in Section 637.2 of the California Penal Code by merely visiting a public website, (2) Defendant is not subject to personal jurisdiction in California simply because its subsidiary's website collected incoming, routine metadata from Plaintiff's browser, and (3) Section 638.51 does not apply to website operators because it expressly only applies to third-party "interceptions" of communications, and the overall statutory scheme further makes clear that this law only applies to law enforcement collection of the signaling information of telephone calls.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on October 10, 2025 and November 21, 2025. *See* Declaration of Susanne Boniadi filed concurrently herewith.

This Motion is based on the attached memorandum of points and authorities, Declaration of Susanne Boniadi and exhibits thereto, the records and papers on file in this action, and such other written or oral argument as may be presented at or before the time this motion is taken under submission by the Court.

Dated: December 8, 2025

**ARENTFOX SCHIFF LLP**

By: /s/ Lynn R. Fiorentino
LYNN R. FIORENTINO
SUSANNE BONIADI
Attorneys for Defendant
UNILEVER UNITED STATES, INC.